**Mary MILLER et al., Appellants,**

v.

**LINCOLN INCOME LIFE INSURANCE COMPANY, Appellee.**

Court of Appeals of Kentucky.

Sept. 16, 1960.

Robert A. Becht, Harris & Becht, Louisville, for appellants.

Henry J. Tilford, Tilford & Dobbins, Louisville, for appellee.

**PER CURIAM.**

This appeal is taken from a summary judgment entered for the Lincoln Income Life Insurance Company.

Upon examination of the record we find no reversible error. The motion for appeal is therefore denied and the judgment is affirmed.